**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Susan Jennifer Schwartzberg
                         Plaintiff,

v.                                               Case No.: 1:21−cv−05745
                                                     Honorable Marvin E. Aspen

The Newberry Library
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 2, 2023:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to the stipulation of dismissal [47], this case is dismissed with leave to reinstate by 6/25/2023 for purposes of clarification of deductions on the confidential settlement sum. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.